**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LATISHA SHERADE,

                Plaintiff,                    21 **CIVIL** 9939 (KMK)(PED)

    -v-                                            **JUDGMENT**

KILOLO KIJAZAKI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 21, 2022, that this action be, and hereby is, reversed, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the administrative law judge will offer plaintiff the opportunity for a new hearing and will issue a new decision.

**Dated:** New York, New York
           April 21, 2022

                                                        **RUBY J. KRAJICK**
                                                          Clerk of Court
                                     **BY:**
                                                           **Deputy Clerk**